UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:13-CV-00056-BR

| | | |
|---|---|---|
| THE UNITED STATES FOR THE USE OF TRI-CITY CONTRACTORS, | ) ) ) | |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| DCK NORTH AMERICA, LLC, LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on defendants' motions to stay pending arbitration. (DE ## 11, 15.) The motions represent that plaintiff's counsel has advised defense counsel that plaintiff would not oppose the motions. Plaintiff has not filed a response to either motion, and the time for doing so has expired. For the reasons stated in the memoranda in support, the motions are ALLOWED. This case is hereby STAYED pending completion of the arbitration proceeding. The Clerk is DIRECTED to administratively close this case subject to the same being reopened upon motion of any party and court order thereon.

This 23 May 2013.

_____
W. Earl Britt
Senior U.S. District Judge